### Harmon, Linder & Rogowsky

*Attorneys at Law*
3 Park Avenue, 23rd Floor
Suite 2300
New York, NY 10016
Tel. (212) 732-3665
Fax. (212) 732-1462

David Harmon, Esq. *
*(1917-2013)
Mark J. Linder, Esq.
Ira Rogowsky, Esq.
Thomas A. Graci, Esq.
Bret Myerson, Esq.
Keith Mininson, Esq.
Michelle Jean-Jacques, Esq
Eric Mausolf, Esq
Jordan Byrd, Esq.
Thomas Mutone, Esq.

Jean Osnos, Esq.
Elisabeth Morgan, Esq.
Travis Frank, Esq.
Max Sverdlove, Esq.
Dwayne Crispell, Esq.
Rayne Sassower, Esq.
Martin Schwartz, Esq.
Steven Loren, Esq.
Danny Diaz, Esq.
Kesete Taye, Esq.
Jordan Hoch, Esq.

November 25, 2025

**VIA ELECTRONIC FILING**
Honorable John P. Cronan
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: Jovanna Mieses vs. Costco Wholesale Corporation
         Civil Docket No.: 25-CV-9380

Dear Judge Cronan:

      We represent the plaintiff, Jovanna Mieses, in the above referenced matter and write here on behalf of both parties to request an adjournment of the Initial Pretrial Conference scheduled for December 3, 2025 at 4:00 p.m.

      Plaintiff's counsel has advised the Defendant's counsel that Plaintiff is agreeable to stipulating as to a cap on damages and therefore remanding this matter back to state court for further proceedings. However, counsel requires additional time to consult with her client and the parties need to enter into an appropriate stipulated order to be submitted to the Court.

      The parties jointly request that the Initial Pretrial Conference be adjourned for the reasons stated above. There have been no prior requests for an adjournment of the Initial Pretrial Conference.

      Your Honor's consideration of this matter is greatly appreciated.

The parties' joint request is granted. The initial pretrial conference scheduled for December 3, 2025, at 4:00 p.m. is adjourned *sine die*. By December 16, 2025, the parties shall file a stipulated order of remand or, alternatively, a joint status letter. The Clerk of Court is respectfully directed to close Docket Number 10.
SO ORDERED.
Date: November 25, 2025
New York, New York

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

*Michelle Jean-Jacques*
Michelle Jean-Jacques, Esq.

cc:  Michael J. Crowley, Esq. of Connell Foley LLP (**Via ECF and Email**
      Defendant's Attorney