UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- X
: 
JOVANNA MIESES,                                                   :
:
Plaintiff,                              :
:
-v-                                             :                   25 Civ. 9380 (JPC)
:
COSTCO WHOLESALE CORPORATION,              :                   ORDER
:
Defendant.                              :
:
--------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of the parties' proposed stipulation capping damages at $74,000.

Dkt. 12.  However, despite the parties' professed desire to remand this matter back to state court

for further proceedings, *see* Dkt. 10, the parties have not actually moved or requested this Court to

enter an order of remand.  By December 22, 2025, then, the parties shall file a short motion and/or

a proposed order of remand.

SO ORDERED.

Dated: December 18, 2025
New York, New York                    _____
                                                    JOHN P. CRONAN
                                                 United States District Judge