UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOVANNA MIESES,                                                        :
                                                                       :
                              Plaintiff,                               :
                                                                       :          25 Civ. 9380 (JPC)
               -v-                                                     :
                                                                       :          ORDER
COSTCO WHOLESALE CORPORATION,                                         :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

  The parties in this case have jointly filed a motion to remand this case to state court. Dkt. 14. The motion is granted. This matter is hereby remanded to the Supreme Court of the State of New York, County of Bronx.

  The Clerk of Court is respectfully directed to close this case and to effectuate the remand to the Supreme Court of New York for Bronx County.

  SO ORDERED.

Dated: December 22, 2025
   New York, New York             JOHN P. CRONAN
                    United States District Judge